IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **JOHN REID,** individually and behalf of all other similarly situated**,**<br><br>    Plaintiff,<br><br>v.<br><br>**MALIBU BOATS, INC.**<br><br>    Defendant. | **Docket No: 3:24-cv-00341**<br><br>**CLASS ACTION COMPLAINT FOR DAMAGES**<br><br>Jury Demanded |

### STIPULATED EXTENSION OF TIME TO RESPOND PURSUANT TO L.R. 12.1

Plaintiff John Reid ("Reid") and Defendant Malibu Boats, Inc. ("Malibu"), by and through the undersigned counsel, hereby give notice pursuant to Local Rule 12.1(a) that the Parties have agreed to a 21-day initial extension of the time in which Malibu has to respond to the Complaint, filed on or about August 19, 2024. Accordingly, by the Parties' agreement, Malibu shall answer or otherwise respond to the Complaint on or before October 1, 2024.

The parties further stipulate that in extending the deadline above, they expressly reserve, and do not waive, all of their respective rights, claims, and defenses.

US2008 14243840 1

Case 3:24-cv-00341-TAV-JEM   Document 9   Filed 08/30/24   Page 1 of 3   PageID #: 29

Dated: August 30, 2024

                Respectfully submitted,

                **PAINE, BICKERS, ELDER,**
                **KING & WILLIAMS**

                /s/ *Taylor A. Williams*
                Taylor A. Williams (BPR #028172)
                     Email: twilliams@painebickers.com
                900 South Gay Street, Suite 2200
                Knoxville, Tennessee 37902-1821
                (865) 525-0880 (phone)
                (865) 521-7441 (fax)
                *Counsel for Defendant*
                *Malibu Boats, Inc.*

                **DANNLAW**

                **/s/** *Brian Flick*
                Brian D. Flick (OH #0081605)
                  Email:   notices@dannlaw.com
                Marc E. Dann (OH #0039425)
                  Email:   notices@dannlaw.com
                15000 Madison Avenue
                Lakewood, OH 44107
                (216) 373-0539 (phone)
                (216) 373-0536 (e-fax)

                Brent Snyder (TN Bar #021700)
                *Of Counsel*
                2125 Middlebrook Pike
                Knoxville, TN 37921
                (865) 264-3328
                     Email:   bsnyder@dannlaw.com

                *Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 30, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Taylor A. Williams*
Taylor A. Williams (BPR #028172)