UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOHN REID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:24-CV-341-TAV-JEM |
| ) | |
| MALIBU BOATS, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER TO SHOW CAUSE

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Plaintiff filed a complaint on August 19, 2024 [Doc. 1]. On August 21, 2024, the Clerk entered a Notice of Deficiency ("Notice") [Doc. 7], stating that Attorney Marc E. Dann, counsel for Plaintiff, is not admitted to practice in this Court and that if a motion for pro hac vice is not filed within fifteen (15) days, then the Clerk would refer the matter to the undersigned. More than fifteen (15) days have passed, and Attorney Dann has not complied with the Notice.

The Court **ORDERS** Attorney Dann to show cause on or before **October 3, 2024**, why he should not be removed as an attorney of record in this case and why other appropriate sanctions should not issue for his failure to comply with the Notice. The Court **DIRECTS** the Clerk to mail a copy of this Order to Show Cause to Attorney Dann.

**IT IS SO ORDERED.**

ENTER:

_____
Jill E. McCook
United States Magistrate Judge